UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTURO GONZALEZ LOZANO, | ) Case No. EDCV 16-2293-RGK(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: NOV 0 9 2016

_____
R. Gary Klausner
United States District Judge